```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683014324
Cashier ID: lbreeden
Transaction Date: 09/21/2011
Payer Name: SUROVELL ISAACS PETERSEN LEVY
```
----
CIVIL FILING FEE
 For: SUROVELL ISAACS PETERSEN LEVY
 Amount:    $350.00
----
CHECK
 Check/Money Order Num: 22015
 Amt Tendered: $350.00
----
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

#3:11-CV-624