

# SUROVELL
# ISAACS
# PETERSEN
# & LEVY PLC

ROBERT J. SUROVELL
DOROTHY M. ISAACS*
DAVID M. LEVY
SCOTT A. SUROVELL*
J. CHAPMAN PETERSEN*+
CORY FREDERICK GORIUP*
JENNIFER B. BAUMGARTNER
JOHN C. BAZAZ
CAMILLE N. ALLAN
JASON E. BRAUN
NATHAN D. ROZSA
JASON F. ZELLMAN
MICHELE L. JOSEPH
KRISTI CAHOON KELLY*
ERIN E. WITTE

OF COUNSEL
DAVID J. FUDALA*
G. DONALD MARKLE*

\* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MD

WRITER'S DIRECT DIAL: 703.277.9774
WRITER'S EMAIL: KKELLY@SIPLFIRM.COM

September 19, 2011

*by federal express*

Fernando Galindo, Clerk of Court
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street #3000
Richmond, VA 23219

3:11CV624

RECEIVED SEP 21 2011

      re: *Michael T. Dreher v. Experian Information Solutions, Inc., et al.*

Dear Clerk Galindo:

Enclosed please find:

1. Original Complaint with four copies;
2. Original Civil Coversheet with one copy;
3. Three Summons and two copies of each; and
4. A check in the amount of $350.00.

It would be appreciated if the completed Summons for the Defendants, signed and sealed, be returned in the enclosed self-addressed stamped envelope. We plan to serve the Defendants through the **Richmond Sheriff Department**.

Thank you for your attention in this matter. Should you have any questions or need additional information, please do not hesitate to contact me.

                          Very Truly Yours,

                          Kristi Cahoon Kelly, Esq.

Enclosures

cc:    Client