AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



FILED
OCT 11 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MICHAEL T. DREHER )
_____ )
 )
*Plaintiff* )
v. ) Civil Action No. 3:11CV624
EXPERIAN INFORMATION SOLUTIONS, INC., et al. )
 )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC.
SERVE: DAVID D. ANTHONY, REGISTERED AGENT
1001 HAXALL POINT
RICHMOND, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 22, 2011       _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DAVID Anthony__

was received by me on *(date)* _____.

☑ I personally served the summons on the individual at *(place)*
__1001 HAXALL Point RicHmonD VA__ on *(date)* __9/29/11__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __9/29/11__

__Cpl SF Arnett__
Server's signature

__Cpl S.F. ARNETT__
Printed name and title

__400 n 9th ST Richmond VA__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MICHAEL T. DREHER )
)
_____ )
*Plaintiff* )
v. ) Civil Action No. 3:11CV624
EXPERIAN INFORMATION SOLUTIONS, INC., et al. )
)
_____ )
*Defendant* )

F I L E D
OCT 11 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EQUIFAX, INC.
SERVE: CORPORATION SERVICE COMPANY, REGISTERED AGENT
111 EAST MAIN STREET
BANK OF AMERICA CENTER, 16TH FLORR
RICHMOND, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 22, 2011                                   _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rene Nordquist , who is designated by law to accept service of process on behalf of *(name of organization)*
**AFFIDAVIT ATTACHED** on *(date)* SEP 29 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: SEP 29 2011

_____
Server's signature

C. W. THOMPSON Sgt
Printed name and title

400 North 9th ST Richmond VA 23219
Server's address

Additional information regarding attempted service, etc:

Case 3:11-cv-00624-JAG   Document 4   Filed 10/11/11   Page 5 of 7 PageID# 32

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
OCT 11 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MICHAEL T. DREHER

   *Plaintiff*

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.

   *Defendant*

Civil Action No. 3:11CV624

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRANS UNION, LLC.
SERVE: CORPORATION SERVICE COMPANY, REGISTERED AGENT
11 S. 12TH STREET
RICHMOND, VA 23218

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 22, 2011

                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* ~~NAME AND ADDRESS SAME AS FRONT~~ / _____
on *(date)* ~~SEP 29 2011~~ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rene Nordquist , who is
designated by law to accept service of process on behalf of *(name of organization)*
**AFFIDAVIT ATTACHED** on *(date)* SEP 29 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: SEP 29 2011

_____
Server's signature

C. W. THOMPSON Sgt
Printed name and title

700 North 9th St Richmond VA 23219
Server's address

Additional information regarding attempted service, etc:

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

THIS CERTIFICATE MADE pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

CORPORATION SERVICE COMPANY, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

    (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

    Beverley L. Crump        Rene Nordquist         Meda Sterrett
    Nicole T. McCallum       Pamela Frazier         Linda B. Liles
    Amy Tarker               Kari Childress         John Isom
    Dustin Kline

WHEREFORE, Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13