


**SUROVELL**
**ISAACS**
**PETERSEN**
**& LEVY** PLC

ROBERT J. SUROVELL
DOROTHY M. ISAACS*
DAVID M. LEVY
SCOTT A. SUROVELL*
J. CHAPMAN PETERSEN*+
CORY FREDERICK GORIUP*
JENNIFER B. BAUMGARTNER
JOHN C. BAZAZ
CAMILLE N. ALLAN
JASON E. BRAUN
NATHAN D. ROZSA
JASON F. ZELLMAN
MICHELE L. JOSEPH
KRISTI CAHOON KELLY*
ERIN E. WITTE

OF COUNSEL
DAVID J. FUDALA*
G. DONALD MARKLE*

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MD

WRITER'S DIRECT DIAL: 703.277.9774
WRITER'S EMAIL: KKELLY@SIPLFIRM.COM

October 6, 2011

*by certified mail*

Fernando Galindo, Clerk of Court
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street #3000
Richmond, VA 23219

      re:  *Michael T. Dreher v. Experian Information Solutions, Inc., et al.*

Dear Clerk Galindo:

    Enclosed please find the original summons issued returned from the Richmond Sheriff's Department for the following defendants:

1. Trans Union, LLC;
2. Equifax, Inc.;and
3. Experian Information Solutions, Inc.

    It would be appreciated if you would date stamp the copy of this letter and return to our office in the self-addressed stamped envelope.

    Thank you for your attention in this matter. Should you have any questions or need additional information, please do not hesitate to contact me.

                    Very Truly Yours,

                    Kristi Cahoon Kelly, Esq.

Enclosures

cc:   Client

4010 University Drive, Second Floor I Fairfax, Virginia 22030 I P: 703-251-5400 I F: 703-591-9285 I www.siplfirm.com