**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**MICHAEL T. DREHER,**

     **Plaintiff,**

**v.**

                                      **Civil Action No.  3:11cv624**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

     **Defendant.**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**MOTION FOR AN EXTENSION OF TIME**

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, pursuant to Fed.R.Civ.P. 6(b)(1) and Local Rule 7(F)(2)(b), files this motion for an extension of time to and including November 10, 2011, within which to file its responsive pleadings to the Complaint filed by Plaintiff, Michael T. Dreher, and states as follows:

Experian's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same.  Experian's counsel has communicated with counsel for Plaintiff, Michael T. Dreher, who is agreeable to the requested extension.  A proposed Agreed Order has been circulated for endorsement by counsel for Plaintiff, Michael T. Dreher, and Experian, a copy of which is attached hereto as Exhibit 1.

WHEREFORE, Defendant, Experian Information Solutions, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting Experian's Motion for an Extension of Time; (2) providing Experian with an extension of time to file its responsive pleadings, including its Answer, to the Complaint until on or before November 10, 2011; and (3) awarding Experian such further relief as the Court deems appropriate.

**EXPERIAN INFORMATION SOLUTIONS, INC.**


By:/s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Attorney for Experian Information Solutions, Inc.*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2011, I electronically filed the foregoing

Motion for an Extension of Time with the Clerk of the Court using the CM/ECF System which

will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone:  757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email:  srotkis@clalegal.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA  22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
Email:  kkelly@smillaw.com
*Counsel for Plaintiff*

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

2098155v1