IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MICHAEL T. DREHER,

    Plaintiff

v.                                    CIVIL NO. 3:11-cv-00624-JAG

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and EQUIFAX
INFORMATION SERVICES, LLC.,

    Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **MICHAEL T. DREHER**, and the Defendant **TRANS UNION, LLC**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *TRANS UNION, LLC.,* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant, TRANS UNION, LLC.*, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 23 day of January, 2012.

                                                  /s/
                                      John A. Gibney, Jr.
                                      United States District Judge
                                                JUDGE



WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*


_____
Grant Edward Kronenberg, Esquire
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA 23218
E-mail: gkronenberg@morrismorris.com

*Counsel for Defendant, Trans Union*

-2-