IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**MICHAEL T. DREHER,**

    **Plaintiff**

v.                          **CIVIL NO. 3:11-cv-00624-JAG**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and EQUIFAX
INFORMATION SERVICES, LLC.,**

    **Defendants,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **MICHAEL T. DREHER**, and the Defendant **EQUIFAX INFORMATION SERVICES, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *Equifax Information Services, LLC.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant, Equifax Information Services, LLC* , is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 2 day of February, 2012.

                                            /s/
                              John A. Gibney, Jr.
                              United States District Judge
                                        JUDGE



WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____
John W. Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Road
Suite A-1
Richmond, VA 23230
E-mail: jmontgomery@jwm-law.com

*Counsel for Defendant, Experian*