**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**MICHAEL T. DREHER,
Individually and on behalf of a class
similarly situated persons,**

      **Plaintiff,**

      v.                                  Civil Action No. 3:11cv624 (JAG)

**EXPERIAN INFORMATION SOLUTIONS, INC.,
CARDWORKS, INC., and
CARDWORKS SERVICING, LLC,**

      **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Ethan G. Ostroff on behalf of Defendants Cardworks, Inc. and Cardworks Servicing, LLC as counsel herein for all purposes in this matter.

                                      CARDWORKS, INC., and
                                      CARDWORKS SERVICING, LLC

                                      By:    /s/ Ethan G. Ostroff
                                                  Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
Counsel for Defendants Cardworks, Inc.
and Cardworks Servicing, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Michael T. Dreher**
Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Email: lenbennett@cox.net
Email: srotkis@clalegal.com

**Counsel for Defendant Experian Information Solutions, Inc.**
David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
E-mail: david.anthony@troutmansanders.com

      /s/ Ethan G. Ostroff
Ethan G. Ostroff (VSB No. 71610)
Counsel for Defendants Cardworks, Inc.
and Cardworks Servicing, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

431794v1