**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**MICHAEL T. DREHER,**

    **Plaintiff,**

  **v.**                                       **Civil Action No. 3:11cv624**

**EXPERIAN INFORMATION
  SOLUTIONS, INC.,** *et al.***,**

    **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Joseph W. Clark on behalf of Defendant Experian Information Solutions, Inc. as co-counsel herein for all purposes in this matter.

                                        **EXPERIAN INFORMATION SOLUTIONS, INC.**

                                        By:        /s/Joseph W. Clark
                                            Joseph W. Clark
                                            Virginia State Bar No. 42664
                                            *Counsel for Experian Information Solutions, Inc.*
                                            JONES DAY
                                            51 Louisiana Avenue, N.W.
                                            Washington, DC 20001-2113
                                            Telephone: 202-879-3939
                                            Facsimile: 202-626-1700
                                            Email: jwclark@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: kkelly@smillaw.com
*Counsel for Plaintiff*

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: 757-687-7765
Facsimile: 757-687-1504
Email: john.lynch@troutmansanders.com
*Counsel for Cardworks, Inc. and Cardworks Servicing, LLC*

Susan Mary Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com
*Counsel for Cardworks, Inc. and Cardworks Servicing, LLC*

Grant E. Kronenberg
MORRIS & MORRIS, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Tel.: (804) 344-8300
Fax: (804) 344-8539
Email: mwaard@morrismorris.com
Email: gkronenberg@morrismorris.com
*Counsel for Defendant, Trans Union, L.L.C.*

/s/Joseph W. Clark
Joseph W. Clark
Virginia State Bar No. 42664
*Counsel for Experian Information Solutions, Inc.*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: jwclark@jonesday.com