**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**MICHAEL T. DREHER,**
*Individually and on behalf of a
class of similarly situated persons*

        **Plaintiff,**

v.

**EXPERIAN INFORMATION
SOLUTIONS, INC., CARDWORKS INC.,
and CARDWORKS SERVICING, LLC**

        **Defendant.**

Civil Action No. 3:11-cv-624 (JAG)

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), and Plaintiff Michael T. Dreher and those individuals similarly situated, (collectively, "Plaintiff"), by counsel, together Plaintiff and Experian are referred to as "the Parties," upon their Joint Motion to Temporarily Stay Certain Discovery.

The Parties have represented to the Court that they hold divergent views of the burdens and law that govern this case. In particular, they disagree as to the elements of and evidence relevant to proving a claim that Experian "willfully" violated the Fair Credit Reporting Act ("FCRA"). *See* 15 U.S.C. § 1681n. Nevertheless, both sides agree that this issue – willfulness – is a uniquely critical one in this case and if possible should be resolved as soon as practicable. Experian has stated its intent to file an early Motion for Summary Judgment as to willfulness and Dreher has stated his concurrence in such early filing. Each Party believes that the Court's summary judgment decision will be important in valuation of the case for settlement if the motion is denied.

UPON CONSIDERATION WHEREOF, for good cause shown, and by agreement of the Parties, it is hereby,

ORDERED, ADJUDGED and DECREED that

1. The Parties shall exchange all non-privileged documents in their respective possessions regarding the named Plaintiff on or before June 22, 2012;

2. Experian shall produce to Plaintiff the following documents on or before June 29, 2012:

    a. All documents in Experian's possession or control that were received from or sent to the co-Defendant(s) on or after January 1, 2008 and before the filing of this action other than those that pertain to individual consumers other than the Plaintiff;

    b. All documents in Experian's possession or control that were received from or sent to Advanta Bank on or after March 1, 2009 and before the filing of this action other than those that pertain to individual consumers other than the Plaintiff;

    c. All documents in Experian's possession or control that were received from or sent to any third party regarding Advanta Bank on or after March 1, 2009 and before the filing of this action other than those that pertain to individual consumers other than the Plaintiff;

    d. All final, non-privileged versions of its relevant FCRA policies, procedures and/or training materials relating to its procedures that were in use from March 1, 2010 until the present date.

3. Experian shall file its Motion for Summary Judgment on or before July 23, 2012.

4. Experian shall produce for a Rule 30(b)(1) deposition prior to filing its Motion for Summary Judgment each person whose statements it intends to rely upon in support of their motion for summary judgment.

5. On or before August 7, 2012, the Parties shall meet and confer to negotiate what if any additional discovery the Plaintiff would need to respond to the Motion for Summary Judgment and the period within which such discovery will be provided. The parties contemplate the possibility that the Plaintiff may need to depose the co-Defendant(s) as part of this discovery.

6. If the Parties are unable to agree to such discovery and timing, the dispute(s) shall be resolved by the Magistrate Judge on summary argument without further briefing on the earliest date available to the Magistrate Judge.

7. Plaintiff shall respond to Defendant's Motion for Summary Judgment within the earlier of thirty (30) days of the filing of the motion and fourteen (14) days of the earlier of the date on which the above discovery is produced and provided or on which the Magistrate Judge finds that no further discovery is required of Experian.

8. Experian shall file its reply within ten (10) days thereafter.

9. Following the Court's decision on Experian's Motion for Summary Judgment, the Court will set an addition Rule 16(b) conference, if necessary.

The Clerk is directed to send a copy of this Order to counsel of record.

_____
John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Date: June __, 2012

**WE ASK FOR THIS**:

---

David N. Anthony (VSB # 31696)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone No.: (804) 697-1200
Facsimile No.: (804) 697-1339
david.anthony@troutmansanders.com

Joseph W. Clark
Virginia State Bar No. 42664
*Counsel for Experian Information Solutions, Inc.*
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: jwclark@jonesday.com

*Counsel for Defendant, Experian Information Solutions, Inc.*

---

Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
lenbennett@cox.net
srotkis@clalegal.com

Matthew James Erausquin (VSB # 65434)
Consumer Litigation Associates, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com

*Counsel for Plaintiff, Michael T. Dreher*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: kkelly@smillaw.com
*Counsel for Plaintiff*

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: 757-687-7765
Facsimile: 757-687-1504
Email: john.lynch@troutmansanders.com
*Counsel for Cardworks, Inc. and Cardworks Servicing, LLC*

Susan Mary Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com
*Counsel for Cardworks, Inc. and Cardworks Servicing, LLC*

Grant E. Kronenberg
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Tel.: (804) 344-8300
Fax: (804) 344-8539
Email: mwaard@morrismorris.com
Email: gkronenberg@morrismorris.com
*Counsel for Defendant, Trans Union, L.L.C.*

/s/Joseph W. Clark
Joseph W. Clark
Virginia State Bar No. 42664
*Counsel for Experian Information Solutions, Inc.*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: jwclark@jonesday.com

5