**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **MICHAEL T. DREHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:11-cv-00624-JAG** |
| | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.; CARDWORKS,** | ) | |
| **INC., CARDWORKS SERVICING,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CONSENT MOTION TO AMEND THE JOINT DISCOVERY PLAN**

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, files this consent motion to amend the parties' joint discovery plan and states as follows:

The parties continue to conduct discovery consistent with the schedule set by the joint discovery plan. Because the number of witnesses to be deposed is higher than was anticipated by the parties at the time the schedule was set and the parties have had difficulty finding dates for depositions agreeable for these witnesses and all of the parties, Experian and the Plaintiff require additional time to complete the discovery sufficient for the Motion for Summary Judgment and the response thereto, respectively. Experian's counsel has communicated with counsel for Plaintiff, Michael Dreher, who is agreeable to the required extension, which extends the date for Experian to file its Motion for Summary Judgment to and including the later of August 6, 2012 and fourteen (14) days following the completion of the Plaintiff's deposition of the Experian employees that Plaintiff has identified as relevant to the issue of willfulness. All dates that follow will be extended accordingly without moving the trial date. A proposed Agreed Order is

being circulated for endorsement by counsel for Plaintiff, Michael T. Dreher, and Experian, a copy of which is attached hereto as Exhibit 1.

WHEREFORE, Defendant, Experian Information Solutions, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting Experian's Consent Motion to Amend Joint Discovery Plan; (2) provide Experian with an extension of time to file its Motion for Summary Judgment until on or before the later of August 6, 2012 and fourteen (14) days after the Plaintiff's deposes Experian employees he has identified; and (3) awarding Experian such further relief as the Court deems appropriate.

**EXPERIAN INFORMATION SOLUTIONS, INC.**


By:/s/David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Attorney for Experian Information Solutions, Inc.*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

    Joseph W. Clark
    Virginia State Bar No. 42664
    *Attorney for Experian Information Solutions, Inc.*
    JONES DAY
    51 Louisiana Ave NW
    Washington, DC 20001
    Telephone:(202) 879-3697
    Facsimile: (202) 626-1700
    Email: jwclark@jonesday.com

20054080v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July 2012, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System which will then send a notification of such

filing (NEF) to the following:


Leonard Anthony Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone:  757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA  22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
Email:  kkelly@smillaw.com
*Counsel for Plaintiff*

John C. Lynch
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: 757-687-7765
Facsimile: 757-687-1504
Email: john.lynch@troutmansanders.com
*Counsel for Cardworks, Inc. and Cardworks*
*Servicing, LLC*

Susan Mary Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: (757) 930-3662
Email:  srotkis@clalegal.com
*Counsel for Plaintiff*

Ethan G. Ostroff
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com
*Counsel for Cardworks, Inc. and Cardworks*
*Servicing, LLC*

20054080v1

/s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

4

20054080v1