UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHAEL T. DREHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC.; CARDWORKS, ) <br> INC., CARDWORKS SERVICING, ) <br> LLC, ) <br> ) <br> Defendants. ) | CASE NO. 3:11-cv-00624-JAG |

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Consent Motion to Amend the Joint Discovery Plan.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, Michael T. Dreher, it is hereby,

ORDERED, ADJUDGED, and DECREED that Experian's Consent Motion to Amend the Joint Discovery Plan be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Experian shall be GRANTED an extension of time until on or before the later of October 6, 2012 and fourteen (14) days following the final deposition of Experian employees identified by Plaintiff to file its Motion for Summary Judgment, and the Parties shall be GRANTED an equal extension for all subsequent filings in the Joint Discovery Plan.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this __5__ day of September, 2012

/s/
John A. Gibney, Jr.
United States District Judge
United States District Court Judge

WE ASK FOR THIS:                                  SEEN AND AGREED:

/s/David N. Anthony                               /s/Leonard Anthony Bennett
David N. Anthony                                  Leonard Anthony Bennett
Virginia State Bar No. 31696                      Virginia State Bar No. 37523
*Counsel for Experian Information Solutions, Inc.* *Counsel for Plaintiff*
TROUTMAN SANDERS LLP                              CONSUMER LITIGATION ASSOCIATES
1001 Haxall Point                                   PC
Richmond, Virginia 23219                          12515 Warwick Blvd., Suite 100
Telephone: (804) 697-5410                         Newport News, VA 23606
Facsimile: (804) 698-5118                         Telephone: 757-930-3660
Email: david.anthony@troutmansanders.com          Facsimile: 757-930-3662
                                                  Email: lenbennett@clalegal.com


                                                  /s/Ethan G. Ostroff
                                                  Ethan G. Ostroff
                                                  Virginia State Bar No. 71610
                                                  *Counsel for CardWorks, Inc. and CardWorks
                                                      Servicing, LLC*
                                                  TROUTMAN SANDERS LLP
                                                  222 Central Park Avenue, Suite 2000
                                                  Virginia Beach, VA 23462
                                                  Telephone: 757-687-7765
                                                  Facsimile: 757-687-1504
                                                  Email: ethan.ostroff@troutmansanders.com