IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHAEL T. DREHER, *Individually and on behalf of a class of similarly situated persons,* <br><br> Plaintiff, <br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., CARDWORKS, INC., and CARDWORKS SERVICING, LLC, <br><br> Defendants. | Civil Action No. 3:11-CV-00624-JAG |

## DECLARATION OF PETER HENKE

I, Peter Henke, declare and state as follows:

1. I am the Director of the Membership Department at Experian Information Solutions, Inc. ("Experian"). The facts stated in this declaration are true of my own personal knowledge, including knowledge acquired in the course and scope of my job responsibilities and through the review of pertinent documents maintained as business records by Experian in the course and scope of Experian's business. If called upon to do so, I could and would testify competently to the facts stated below.

### Experience and Qualifications

2. I have worked at Experian in the Membership Department for approximately ten years and have been the Director of the Membership Department for nearly two years. As the Director of the Membership Department, I am responsible for ensuring that client membership applications are evaluated to determine eligibility for client requests to conduct credit inquiries.

## General Information Regarding the Consumer Credit Reporting System

3. There are five primary roles in the modern consumer credit reporting system: (1) consumers; (2) credit grantors; (3) furnishers; (4) subscribers; and (5) consumer reporting agencies ("CRAs").

4. Consumers are individuals whose credit information is compiled, maintained, and reported by CRAs.

5. Credit grantors are lenders and businesses that extend credit to consumers.

6. Furnishers are credit grantors that voluntarily elect to furnish to CRAs information on the status of accounts they hold.

7. Subscribers are credit grantors that have a contractual relationship with one or more of the CRAs to purchase products or services and/or to furnish information. Subscribers may access a consumer's credit report from a CRA provided they have a "permissible purpose" under the Fair Credit Reporting Act.

8. CRAs are agencies that compile and report consumer credit information received from furnishers and public records. Experian is one of three nationwide CRAs.

## Trade Lines in Consumer Reports

9. A "trade line" is an entry by a furnisher to a consumer's credit history maintained by a CRA. A trade line describes a consumer's account status and activity. Trade line information includes names of companies where the consumer has accounts, dates accounts were opened, credit limits, types of accounts, balances owed, and payment histories, among other information.

10. Experian does not have a written policy regarding the way a trade line's associated subscriber name must appear in a consumer's report. Generally, the trade line will

DECLARATION OF PETER HENKE

contain the name of the credit grantor. However, the specific format of a trade line's associated subscriber name is determined on a case-by-case basis through discussions with the subscriber. Experian's ultimate goal with regard to the manner in which it reports a trade line's associated subscriber name is to aid the consumer in recognizing the obligation so that the consumer can correct any inaccuracies or lodge disputes if necessary.

### Experian's Relationship with Advanta

11. Advanta Bank Corp. and its affiliates have been reporting consumer credit information to Experian since at least 2008. Originally, Advanta Bank Corp. reported consumer credit information under subscriber code 1435480.

12. I understand that Advanta Bank Corp. went into receivership with the FDIC in March 2010. Experian rarely has to deal with the consequences of bank failures as they relate to credit reporting. It is only since the recent financial crisis that Experian's Membership Department has encountered this situation. Given that bank failures are rare, Experian does not have a written procedure regarding how to report the subscriber name on credit accounts originated by banks that go into receivership. Instead, these situations are handled on a case-by-case basis through discussions with the subscriber.

13. In October 2010, Experian received official notice that CardWorks Servicing had assumed all servicing duties for Advanta Bank Corp. originated accounts. Through a letter signed by representatives of the FDIC as Receiver for Advanta Bank Corp., a former Advanta Bank Corp. employee who was assisting the FDIC with the operational transition, and CardWorks Servicing, Experian was asked to create a new subscriber code, which would report as "Advanta Credit Cards" for certain Advanta Bank Corp. originated accounts. After a series of

DECLARATION OF PETER HENKE

discussions with the parties involved in the management of Advanta Bank Corp. originated accounts, Experian created a new subscriber code 1729490.

14. Experian considers CardWorks Servicing the account servicer in the Advanta subscriber relationship. A servicer is a type of agent that is responsible for all or some phases of the account lifecycle which may include communicating the lending decision based on the lender's criteria and handling consumer dispute verifications and corrections on behalf of the lender. A servicer is not a credit grantor because it does not fund the loan to the consumer.

15. Both the original subscriber code 1435480 and the new subscriber code 1729490 are tied to subscriber agreements executed by Advanta Bank Corp. or Advanta Corp. Accordingly, both subscriber codes use the "Advanta" name in the trade lines that appear in consumer reports.

16. Reporting "Advanta" in the trade lines for subscriber codes 1435480 and 1729490 comports with Experian's common practice to utilize an associated subscriber name that will assist consumers to recognize the accounts and enable consumers to correct any inaccuracies or lodge disputes if necessary.

I declare under the penalties of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of October 2012.

_____
Peter Henke

DECLARATION OF PETER HENKE

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October, 2012, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: 757.930.3660
Fax: 757.930.3662
lenbennett@clalegal.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Tel: 703.251.5400
Fax: 703.591.9285
kkelly@siplfirm.com
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: 757.930.3660
Fax: 757.930.3662
srotkis@clalegal.com
*Counsel for Plaintiff*

John C. Lynch
Ethan G. Ostroff
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel.: (757) 687-7765
Fax: (757) 687-1504
john.lynch@troutmansanders.com
ethan.ostroff@troutmansanders.com
*Counsel for Defendants CardWorks, Inc. and CardWorks Servicing, LLC*

Dated: October 5, 2012

/s/ *Joseph W. Clark*
Joseph W. Clark (VSB No. 42664)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: 202.879.3697
Fax: 202.626.1700
jwclark@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*