**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---

| | |
|---|---|
| MICHAEL T. DREHER, | ) |
| *Individually and on behalf of a class of* | ) |
| *similarly situated persons*, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )     Civil Action No. 3:11-CV-00624-JAG |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| CARDWORKS, INC., and | ) |
| CARDWORKS SERVICING, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

**DECLARATION OF JOSEPH W. CLARK**
**IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Joseph W. Clark, hereby declare as follows:

1.      I am a partner in the law firm of Jones Day, the law firm representing Defendant Experian Information Solutions, Inc. ("Experian").  I have personal knowledge of the facts stated herein and, if called to testify, would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Report No. MLR-11-002, Material Loss Review of Advanta Bank Corp., Draper, Utah dated October 2010 by the, Federal Deposit Insurance Corporation's Office of Material Loss Reviews *available at* http://www.fdicoig.gov/reports11%5C11-002.pdf.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Underwriting Agreement, among Advanta Business Receivables Corp., Advanta Bank Corp., and Deutsche Bank Securities Inc. and Greenwich Capital Markets, Inc. dated October 31, 2007, which was attached as Exhibit 1.1 to Advanta Business Receivables Corp. Form 8-K dated Nov. 8, 2007

*available at* http://www.sec.gov/Archives/edgar/data/1107920/000089322007003588/w420 06be8vk.htm#003.

4.      Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts and exhibits of the deposition of Michael Nowell, dated July 26, 2012.

5.      Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts of the 2011  Annual  Report  of  First  Data  Corporation,  (Form  10-K)  *available  at* http://sec.gov/Archives/edgar/data/ 883980/000110465912015609/a12-2328_110k.htm

6.      Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts and exhibits of the deposition of James Kilka, dated August 24, 2012.

7.      Attached hereto as **Exhibit F** is a true and correct copy of relevant excerpts of Plaintiff's Federal Rule of Civil Procedure 26(a)(1) Disclosures.

8.      Attached hereto as **Exhibit G** is a true and correct copy of *40 Years of Experience with the Fair Credit Reporting Act: An FTC Staff Report with Summary of Interpretations*, dated July 2011, *available at* http://www.ftc.gov/os/2011/07/110720fcrareport.pdf

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 4th day of October, 2012.

Dated:  October 5, 2012

> */s/ Joseph W. Clark*
> Joseph W. Clark (VSB No. 42664)
> JONES DAY
> 51 Louisiana Avenue, NW
> Washington, DC  20001
> Tel: 202.879.3697
> Fax: 202.626.1700
> jwclark@jonesday.com
>
> *Counsel for Defendant Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of October, 2012, I electronically filed a copy of the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: 757.930.3660
Fax: 757.930.3662
lenbennett@clalegal.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Tel: 703.251.5400
Fax: 703.591.9285
kkelly@siplfirm.com
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: 757.930.3660
Fax: 757.930.3662
srotkis@clalegal.com
*Counsel for Plaintiff*

John C. Lynch
Ethan G. Ostroff
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Tel.:  (757) 687-7765
Fax:  (757) 687-1504
john.lynch@troutmansanders.com
ethan.ostroff@troutmansanders.com
*Counsel for Defendants CardWorks, Inc. and
CardWorks Servicing, LLC*

Dated:  October 5, 2012

*/s/ Joseph W. Clark*
Joseph W. Clark (VSB No. 42664)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Tel: 202.879.3697
Fax: 202.626.1700
jwclark@jonesday.com

*Counsel for Defendant Experian Information
Solutions, Inc.*