IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHAEL T. DREHER,<br>*Individually and on behalf of a class of similarly situated persons*,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>CARDWORKS, INC., and<br>CARDWORKS SERVICING, LLC,<br><br>    Defendants. | Civil Action No. 3:11-CV-00624-JAG |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S STATUS REPORT REGARDING UNREDACTED FILINGS PURSUANT TO DOCKET ENTRY [53]**

Pursuant to the Court's Order dated November 1, 2012 [#53], Experian Information Solutions, Inc. today files the attached (1) unredacted version of its Memorandum in Support of its Motion for Partial Summary Judgment in place of the redacted version filed on October 5, 2012 [#46], and (2) Declaration of Joseph W. Clark with unredacted exhibits in place of the redacted version filed on October 5, 2012 [#48].

Dated: November 2, 2012

Respectfully submitted,

*/s/ Joseph W. Clark*
Joseph W. Clark (VSB No. 42664)
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
jwclark@jonesday.com
*Counsel for Defendants Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2012, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Leonard Anthony Bennett
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: 757.930.3660
Fax: 757.930.3662
lenbennett@clalegal.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Tel: 703.251.5400
Fax: 703.591.9285
kkelly@siplfirm.com
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: 757.930.3660
Fax: 757.930.3662
srotkis@clalegal.com
*Counsel for Plaintiff*

Dated: November 2, 2012

*/s/ Joseph W. Clark*
Joseph W. Clark (VSB No. 42664)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: 202.879.3697
Fax: 202.626.1700
jwclark@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*