**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **MICHAEL T. DREHER, for himself and on behalf of all similarly situated individuals,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant. | **CASE NO. 3:11-cv-00624-JAG** |

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

Plaintiff Michael Dreher and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective attorneys of record, respectfully request that the Court enter the accompanying Stipulated Protective Order (attached as Exhibit 1) to facilitate document disclosure and production in this matter and to protect the parties' confidential proprietary and/or business information.

Dated: November 9, 2012

/s/ Leonard A. Bennett
Leonard A. Bennett, Esq.
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
*Attorney for Plaintiffs*

/s/ Joseph W. Clark
Joseph W. Clark

Joseph W. Clark
Virginia State Bar No. 42664
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879 – 3697
Fax: (202) 626 – 1700
E-mail: jwclark@jonesday.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing to the following:

      Leonard A. Bennett
      Consumer Litigation Associates, P.C.
      12515 Warwick Boulevard, Suite 100
      Newport News, VA 23606
      Tel: (757) 930-3660
      Fax: (757) 930-3662
      Email: lenbennett@clalegal.com


      *Counsel for Plaintiffs*
      Michael T. Dreher


      /s/     Joseph W. Clark_____
      Joseph W. Clark, Esq.

      *Attorney for Defendant*
      *Experian Information Solutions, Inc.*