IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL T. DREHER,**
*Individually and on behalf of a*
*class of similarly situated persons,*

        **Plaintiff,**

v.                      **CIVIL NO. 3:11-cv-00624-JAG**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**CARDWORKS, INC., and CARDWORKS SERVICING,**
**LLC.,**

        **Defendants**

### PLAINTIFF'S NOTICE OF SUBMISSION OF EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC., MOTION FOR PARTIAL SUMMARY JUDGMENT

    Comes now the Plaintiff, by counsel, and in compliance with the Court's instruction for filing documents over 30 MB, submits this Notice together with exhibits in support of his Opposition to Defendant's Motion for Partial Summary Judgment.

                Respectfully submitted,

                **MICHAEL T. DREHER ,**

                _____/s/_____
                Leonard A. Bennett, Esq.
                VSB #37523
                Attorney for Plaintiff
                CONSUMER LITIGATION ASSOCIATES, P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, Virginia 23601
                (757) 930-3660 - Telephone
                (757) 930-3662 – Facsimile
                lenbennett@cox.net

        Susan Mary Rotkis VSB 40693
        Consumer Litigation Associates
        763 J Clyde Morris Boulevard
        Suite 1A
        Newport News, VA 23601
        757-930-3660 -  Telephone
        (757) 930-3662 - Facsimile

        Kristi Cahoon Kelly
        Surovell Isaacs Petersen & Levy PLC
        4010 University Dr
        Suite 200
        Fairfax, VA 22030
        703-251-5400 - Telephone
        703-591-9285 - Facsimile
        Email: kkelly@siplfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of December, 2012,  I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

Benjamin J. Katz
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
E-mail:  bjkatz@jonesday.com

Joseph William Clark
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
E-mail:  jwclark@jonesday.com

                /s/
        Susan Mary Rotkis VSB 40693
        Consumer Litigation Associates

763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660 - Telephone
(757) 930-3662 - Facsimile