IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MICHAEL T. DREHER,
               Plaintiff,

v.                                            Case No. 3:11-cv-00624-JAG

EXPERIAN INFORMATION SOLUTIONS, INC.,
               Defendant.

## ORDER

THIS MATTER is before the Court pursuant to the defendant's motion for enforcement of the parties' stipulated protective order (Dk. No. 73). The Court hereby DIRECTS the Clerk of Court to REMOVE Documents 66 through 70 from the docket.

As per the Court's previous Order, the plaintiff has until December 14, 2012 to re-file his brief in opposition to the defendant's motion for partial summary judgment. The plaintiff is DIRECTED to comply with the parties' stipulated protective order when filing this brief and any accompanying exhibits. The plaintiff is furthermore DIRECTED to respond to the defendant's motion for enforcement of the protective order in accordance with Local Civil Rule 7(F).

To the extent that removal of the documents from the docket does not resolve the defendant's motion for enforcement of the protective order, the Court will take the motion under advisement and, if necessary, consider imposing further sanctions once the motion is fully briefed.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: <u>December 13, 2012</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge