*Exhibit "A-1"*

# CardWorks

October 4, 2010

Kathy Cosier
Experian
P.O. Box 2104
Allen, TX 75013-2104

Dear Kathy,

This letter will formally document the dissolution of Advanta Bank Corp (ABC) and the assumption of all servicing duties for the ABC originated accounts by Cardworks Servicing (CWS) effective 8/1/10. ABC was shut down by the State of Utah Department of Financial Institutions and the FDIC was appointed as Receiver in March 2010. The FDIC and asset owners of the portfolio needed to identify a long term servicing solution for this portfolio. Cardworks was selected to perform all aspects of servicing this portfolio as ABC had previously done.

Within the portfolio structure there are presently just over 3.1 million accounts. Of these, Cardworks is seeking to modify the trade line descriptor from Advanta Bank Corp. to display as Advanta Credit Cards on approximately 2.7 million accounts. One of the primary servicing tasks that we need to accomplish is to segment off ABC accounts that have been sold to other 3rd parties and are not part of the portfolio that CWS is servicing. In our conversation last week, you mentioned that the best way to accomplish this would be to establish a new Reporting Code for the CWS serviced accounts. We would like for this new code to report on the consumers' trade line as Advanta Credit Cards.

Below you will find signatures from authorized representatives of the following entities, the FDIC as Receiver for Advanta Bank Corp, a former Advanta Bank Corp employee (currently assisting the FDIC with the operational transition) and Cardworks Servicing indicating their desire to allow CWS to contact and work with Experian as an issuer would so that we can effectively and efficiently service the ABC MasterCard Portfolio and their consumers.

If I can be of any further assistance, if you have any questions, or if you need any additional information, please do not hesitate to contact me at (516) 576-0404 x2202.

Thank You for your assistance,

Brian Bennett
VP Operational Risk
Cardworks Servicing

Signature _____  _____  _____
Date       10-5-10           10/4/10            10/4/10
           Cardworks Authorization    Former ABC Authorization    FDIC as Receiver for ABC Authorization

CONFIDENTIAL
EXPDREH000251



Federal Deposit Insurance Corporation as Receiver for Advanta Bank Corp.
700 Dresher Road, Horsham, PA 19044                    Division of Resolutions and Receiverships

**USPS CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**RECEIPT NO.** 7005 2570 0002 1751 3692

July 9, 2010

Experian Information Solutions, Inc.
Attn: General Counsel
475 Anton Boulevard
Costa Mesa, CA 92626

**Subject:**  FIN #10200 -- Advanta Bank Corp.
             Draper, Utah – In Receivership
             Closing Date: March 19, 2010
             Letter Agreements dated May 23, 2008 and December 10, 2008 from
             Experian to Advanta Bank Corp.

On March 19, 2010, Advanta Bank Corp. (the "Bank") was closed by the Utah Department of Financial Institutions and the Federal Deposit Insurance Corporation was appointed as Receiver for the Bank (the "Receiver"). Under the laws of the United States, the Receiver is charged with the duty of winding up the affairs of the former Bank.

This letter confirms that the terms of the letters between Advanta Bank Corp. and Experian referenced above expired on or about June 30, 2009 and have not been renewed or extended in any manner whatsoever and that Advanta Bank Corp. and the Receiver have no further obligations thereunder.

If you have any questions or comments regarding this matter, please contact the undersigned at the address above.

Federal Deposit Insurance Corporation
As Receiver for Advanta Bank Corp.

By: *[signature]*
Tom Wineland
Title: Post Closing Asset Manager

CONFIDENTIAL
EXPDREH000266



Deutsche Bank Trust Company Americas
Trust & Securities Services
60 Wall Street, 27th FL.
MS NYC60-2720
New York, NY 10005-2858

### NOTICE OF TERMINATION OF ADVANTA BANK CORP. AS SERVICER AND APPOINTMENT OF SUCCESSOR SERVICER

To the Holders of the Notes
Issued by Advanta Business Card Master Trust
(CUSIP* Nos. set forth on Schedule I hereto) and
Addressees listed on Schedule II.

**THIS NOTICE CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE BENEFICIAL OWNERS OF THE SUBJECT SECURITIES. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS, AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RETRANSMITTAL TO SUCH BENEFICIAL OWNERS IN A TIMELY MANNER.**

Reference is made to that certain (i) Master Indenture dated as of August 1, 2000 (as amended and supplemented, the "Indenture"), between Wilmington Trust Company, as owner trustee of Advanta Business Card Master Trust (the "Issuer" or the "Master Trust"), as issuer, and Deutsche Bank Trust Company Americas (f/k/a Bankers Trust Company, "DBTCA"), as indenture trustee (the "Indenture Trustee"), and (ii) Transfer and Servicing Agreement dated as of August 1, 2000 (the "Transfer and Servicing Agreement") among Advanta Business Receivables Corp., Advanta Bank Corp. ("ABC" or the "Servicer") and the Issuer. Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Indenture or the Transfer and Servicing Agreement, as the case may be.

#### Termination of Advanta Bank Corp. as Servicer

As the Indenture Trustee previously informed you in a notice dated March 23, 2010 (the "Notice"), the Federal Insurance Deposit Corporation ("FDIC") was appointed as receiver for the Servicer. The appointment of the FDIC as receiver caused a Servicer Default pursuant to Section 7.01(d) of the Transfer and Servicing Agreement. In addition, as stated in the Notice, the Indenture Trustee was restricted by the applicable provisions of the Federal Deposit Insurance Act in exercising any rights related to the termination of the Servicer without the consent of the FDIC for 90 days following the FDIC appointment.

The Indenture Trustee hereby notifies you that such restriction has ended, and accordingly on July 19, 2010, the Indenture Trustee, on behalf of the Noteholders, delivered a Servicer Termination Notice. The Servicer will continue in the performance of its duties until the Successor Servicer commences performance, as described below.

### Appointment of Successor Servicer

The Indenture Trustee additionally hereby notifies you that, pursuant to Section 7.02 of the Transfer and Servicing Agreement and the consent and agreement of the FDIC, the Indenture Trustee has appointed CardWorks Inc. and CardWorks Servicing, LLC to jointly act as the Successor Servicer. It is intended that the Successor Servicer shall commence performance of the duties of the Servicer on August 1, 2010. Please note that CardWorks Inc. and CardWorks Servicing, LLC will jointly also serve as Administrator pursuant to the Transaction Documents.

The Indenture Trustee will continue to closely monitor the process and will inform the investors accordingly. We would urge you to consult with your own professionals on this matter as you should not consider this as your sole source of information.

The Indenture Trustee recommends that Noteholders monitor developments regarding this matter. A copy of this notice, other notices and additional information is available on the Indenture Trustee's website at https://tss.sfs.db.com/investpublic. The FDIC maintains a website in respect of this matter at http://www.fdic.gov/bank/individual/failed/advanta-ut.html. The Indenture Trustee makes no representation of the timeliness, completeness or accuracy of the FDIC's website.

Please note that the foregoing should not be construed as investment advice or a recommendation by the Indenture Trustee in respect of the above-referenced Notes and each Noteholder is advised to consult with their legal and financial advisers prior to taking any action with respect to the subject matter of this notice. This notice is without prejudice and does not and will not waive any other right or remedy that the Indenture Trustee may have as of the date hereof or in the future, all of which are hereby reserved.

If you have any questions regarding the foregoing, please contact Brendan Meyer of the Indenture Trustee at (212) 250-8454 or at brendan.meyer@db.com.

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Indenture Trustee

July 20, 2010

*Note: CUSIP numbers appearing herein have been included solely for the convenience of the Noteholders. Deutsche Bank Trust Company Americas assumes no responsibility for the selection or use of such number and makes no representation as to the correctness of the CUSIP numbers listed herein.*

SK 00211 2681 1115406

CONFIDENTIAL
EXPDREH000268