*Exhibit "E-1"*



PO Box 9701
Allen, TX 75013

MICHAEL DREHER

Prepared for: **MICHAEL DREHER**
Date: July 05, 2011
Report number: 2305-5580-36

Page 1 of 4

# Dispute results

## About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:
- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

## How to read your results

**Deleted** - This item was removed from your credit report
**Remains** - This item was not changed as a result of our processing of your dispute
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
**Investigated** - This item was either updated or deleted; review this report to learn its outcome

## Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

| Credit items | Outcome |
|---|---|
| ADVANTA BANK CORP | Remains |
| ADVANTA CREDIT CARDS | Deleted |

| Personal information | Outcome |
|---|---|
| Residence | Deleted |
| Employer | Deleted |

| Still pending | Projected completion date |
|---|---|
| ADVANTA BANK | Aug 11, 2011 |

Visit experian.com/status to check the status of your pending disputes at any time

## Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.
Copies will not be accepted.

## What's your credit score?

Find out by ordering your VantageScore® from Experian for only **$7.95**. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0096880515

CONFIDENTIAL
EXPDREH 000089

www.experian.com

Prepared for: **MICHAEL DREHER**
Date: July 05, 2011
Report number: 2305-5580-36

Page 2 of 4

***Personal statements you've asked us to include*** You've given us the following statement to include every time a company asks us for your credit report:

"ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 07-05-11."

0096880515

CONFIDENTIAL
EXPDREH 000090