*Exhibit "E-2"*



**Experian**
A world of insight

Prepared for: **MICHAEL T DREHER**
Date: **August 05, 2011**
Report number: **2046-2239-80**

Page 1 of 22

Dear MICHAEL T DREHER,

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

ADVANTA BANK

IF ACCOUNT WAS OPENED AS A RESULT OF IDENTITY THEFT, THE CREDIT GRANTOR MAY NOT KNOW HOW TO CONTACT YOU TO DISCUSS THIS MATTER. THE CREDIT GRANTOR REQUESTS THAT YOU CONTACT THEM DIRECTLY.

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT.

PO Box 9701
Allen, TX 75013

MICHAEL T DREHER

0096880515

CONFIDENTIAL
EXPDREH 000093

www.experian.com

Prepared for: **MICHAEL T DREHER**
Date: **August 05, 2011**
Report number: **2046-2239-80**

Page 2 of 22

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report
**Remains** - This item was not changed as a result of our processing of your dispute
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
**Processed** - This item was either updated or deleted; review this report to learn its outcome

### Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

| Credit items | Outcome |
|---|---|
| ADVANTA BANK CORP ████████ | Remains |
| ADVANTA CREDIT CARDS | Deleted |

| Request for your credit history | Outcome |
|---|---|
| ADVANTA BANK CORP | Deleted |
| ADVANTA BANK CORP | Deleted |
| ADVANTA BANK CORP | Deleted |
| ADVANTA BANK CORP | Deleted |

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only **$7.95**. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0096880515

CONFIDENTIAL
EXPDREH 000094

www.experian.com

Prepared for: **MICHAEL T DREHER**
Date: **August 05, 2011**
Report number: **2046-2239-80**

### Request for your credit history continued

| | Outcome |
|---|---|
| ADVANTA BANK CORP ▮ | Deleted |
| ADVANTA BANK CORP ▮ | Deleted |
| ADVANTA BANK CORP ▮ | Deleted |

Visit experian.com/status to check the status of your pending disputes at any time

0096880515

CONFIDENTIAL
EXPDREH 000095

www.experian.com

Prepared for: MICHAEL T DREHER
Date: **August 05, 2011**
Report number: 2046-2239-80

Page 4 of 22

*Personal statements you've asked us to include* You've given us the following statement to include every time a company asks us for your credit report:

"ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 07-05-11."

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Credit items

| | | | | |
|---|---|---|---|---|
| **ADVANTA BANK** | **Date opened** | **Type** | **Credit limit or original amount** | **Recent balance** |
| PO BOX 844 | Jul 2008 | Revolving | Not reported | $16,170 as of May 2011 |
| SPRING HOUSE PA 19477 | **First reported** | **Terms** | **High balance** | **Responsibility** |
| No phone number available | Jun 2009 | Not reported | $16,416 | Individual |
| Partial account number | **Date of status** | **Monthly payment** | | **Status** |
| 0098637090 | May 2011 | Not reported | | Account charged off. $16,170 written off. $16,170 past due as of May 2011. |
| **Address identification number** | | | | This account is scheduled to continue on record until Jul 2017. |
| 0098637090 | | | | This item remained unchanged from our processing of your dispute in Jul 2011. |

**Payment history legend**

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

Payment history
2011
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN
CO 120 150 90 60 OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
2010                                                                                2009

0096880515

CONFIDENTIAL
EXPDREH 000096