*Exhibit "K"*

```
1   UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF VIRGINIA

3   RICHMOND DIVISION

4   ---------------------------------------x

5   MICHAEL T. DREHER, Individually and on

6   behalf of a class of similarly situated

7   persons,

8                    Plaintiffs,

9           -against-

10  EXPERIAN INFORMATION SOLUTIONS, INC.,

11  CARDWORKS, INC., and CARDWORKS SERVICING,

12  LLC,

13                   Defendants.    VOL. II

14  Civil Action No. 3:11cv00624(JAG)

15  ---------------------------------------x
                         135 Crossways Park Drive
16                       Woodbury, New York

17                       July 26, 2012
                         12:17 p.m.
18

19          Continued Videotaped Deposition

20  of MARIA COSTA, taken pursuant to the

21  Federal Rules of Civil Procedure, and
```

Case 3:11-cv-00624-JAG Document 76-15 Filed 12/14/12 Page 3 of 8 PageID# 1625

14    A.    I do not, sir.

15    Q.    And what informs your belief that
16  CardWorks would have that information?

17    A.    Repeat that, sir.

18    Q.    Why do you think CardWorks would
19  have the information related to timely
20  payments on accounts?

21    A.    The payment goes to the
22  processing payment center and is posted to
23  the account.

24    Q.    And is the payments processing
25  center, is that a CardWorks division or some

188

1  other company?

2    A.    To my knowledge, it's another
3  company.

4    Q.    What is the name, if you know, of
5  that other company where the payments go for
6  processing?

7    A.    I do not.

8    Q.    Is there anyone within CardWorks
9    you think may have such information?
10    A.    It is possible. I do not know
11    who the individual would be.
12    Q.    Do you think Brian Bennett would
13    have that information?
14    A.    It's possible.
15    Q.    In the event a consumer's payment
16    was -- you know, was not on time or his
17    account was paid in full, where would
18    CardWorks get information, current
19    information regarding the consumer's
20    account?
21    A.    Can you rephrase that? I don't
22    understand.
23    Q.    Updates regarding a consumer's
24    accounts, where does CardWorks get that
25    information?

189

1    A.    From our FDR file.

2   Q.   I'm sorry, I didn't hear you.
3   A.   The FDR file that we have access
4   to.
5        MR. LYNCH:   I'm sorry, this is
6   John, I couldn't hear that answer.
7   A.   When a payment or -- when a
8   payment is received at this payment center
9   and it posts to the account, okay, we see
10  that if the consumer calls card service and
11  says, I sent you a payment on such and such
12  a date, can you let me know it posted to the
13  account, and then we see the amount of the
14  payment and the date that posted to the
15  account.
16       At month's end, there's a file
17  that is sent to the three bureaus showing
18  that a payment was received on the
19  consumer's account.
20  Q.   So just to make sure I understand
21  it then, so the consumer sends a payment to
22  a processing center, correct?
23  A.   Yes.
24  Q.   That processing center, to your

25   knowledge, is not a part of CardWorks?

190

1    A.   Correct.

2    Q.   All right.

3         And that processing center, I

4    gather, posts the payment to the FDR file?

5    A.   Yes. The consumer account --

6    excuse me, the consumer account.

7    Q.   Yes, for that consumer's

8    account --

9    A.   Yes.

10   Q.   -- correct?

11   A.   Correct.

12   Q.   And in the event CardWorks gets a

13   call from the consumer regarding his or her

14   payment, you would consult the FDR file?

15   A.   Yes.

16   Q.   Is it also correct that the

17   information sent to the three bureaus comes

18   from the FDR file?

19     A.    That is correct, sir.

20     Q.    Now, we've been speaking with

21  regard to timely payments. Would that

22  process be different in the event a consumer

23  failed to make a payment in a given month or

24  when due?

25     A.    Then our file would show that the

191

1  customer or the consumer would be either --

2  would be 60 days or 30 days, 90 days late,

3  depending, you know, how long it would take

4  the consumer to send in a payment.

5     Q.    Who would update your file to

6  indicate that the consumer was late?

7     A.    I don't know. I don't know.

8     Q.    Is there anyone at CardWorks you

9  think may have such information?

10    A.    It is possible. I don't know who

11  that individual would be.

12    Q.    All right.

```
13              Same questions with regard to a
14   charge-off.
15              Do you know who within CardWorks,
16   if anyone, would be responsible for
17   designating an Advanta account as a
18   charge-off?
19       A.    That would be in our collections
20   department.
21       Q.    All right.
22              I'm sorry if you mentioned this
23   yesterday, but who's the director or head of
24   the collections department?
25       A.    I believe the gentleman's name is
```

192

```
1    Mike Kadmar.  I am not a 100 percent sure of
2    that.
3        Q.    And how would you spell Mike's
4    last name?
5        A.    K, as in kite, A as in apple, D
6    as in David, M as in Mary, A as in apple, R
```