*Exhibit "L"*



Deutsche Bank Trust Company Americas
Trust & Securities Services
60 Wall Street, 27th FL.
MS NYC60-2720
New York, NY 10005-2858

## NOTICE OF TERMINATION OF ADVANTA BANK CORP. AS SERVICER
## AND APPOINTMENT OF SUCCESSOR SERVICER

To the Holders of the Notes
Issued by Advanta Business Card Master Trust
(CUSIP* Nos. set forth on Schedule I hereto) and
Addressees listed on Schedule II.

**THIS NOTICE CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE BENEFICIAL OWNERS OF THE SUBJECT SECURITIES. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS, AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RETRANSMITTAL TO SUCH BENEFICIAL OWNERS IN A TIMELY MANNER.**

Reference is made to that certain (i) Master Indenture dated as of August 1, 2000 (as amended and supplemented, the "Indenture"), between Wilmington Trust Company, as owner trustee of Advanta Business Card Master Trust (the "Issuer" or the "Master Trust"), as issuer, and Deutsche Bank Trust Company Americas (f/k/a Bankers Trust Company, "DBTCA"), as indenture trustee (the "Indenture Trustee"), and (ii) Transfer and Servicing Agreement dated as of August 1, 2000 (the "Transfer and Servicing Agreement") among Advanta Business Receivables Corp., Advanta Bank Corp. ("ABC" or the "Servicer") and the Issuer. Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Indenture or the Transfer and Servicing Agreement, as the case may be.

### Termination of Advanta Bank Corp. as Servicer

As the Indenture Trustee previously informed you in a notice dated March 23, 2010 (the "Notice"), the Federal Insurance Deposit Corporation ("FDIC") was appointed as receiver for the Servicer. The appointment of the FDIC as receiver caused a Servicer Default pursuant to Section 7.01(d) of the Transfer and Servicing Agreement. In addition, as stated in the Notice, the Indenture Trustee was restricted by the applicable provisions of the Federal Deposit Insurance Act in exercising any rights related to the termination of the Servicer without the consent of the FDIC for 90 days following the FDIC appointment.

The Indenture Trustee hereby notifies you that such restriction has ended, and accordingly on July 19, 2010, the Indenture Trustee, on behalf of the Noteholders, delivered a Servicer Termination Notice. The Servicer will continue in the performance of its duties until the Successor Servicer commences performance, as described below.

**Appointment of Successor Servicer**

The Indenture Trustee additionally hereby notifies you that, pursuant to Section 7.02 of the Transfer and Servicing Agreement and the consent and agreement of the FDIC, the Indenture Trustee has appointed CardWorks Inc. and CardWorks Servicing, LLC to jointly act as the Successor Servicer. It is intended that the Successor Servicer shall commence performance of the duties of the Servicer on August 1, 2010. Please note that CardWorks Inc. and CardWorks Servicing, LLC will jointly also serve as Administrator pursuant to the Transaction Documents.

The Indenture Trustee will continue to closely monitor the process and will inform the investors accordingly. We would urge you to consult with your own professionals on this matter as you should not consider this as your sole source of information.

The Indenture Trustee recommends that Noteholders monitor developments regarding this matter. A copy of this notice, other notices and additional information is available on the Indenture Trustee's website at https://tss.sfs.db.com/investpublic. The FDIC maintains a website in respect of this matter at http://www.fdic.gov/bank/individual/failed/advanta-ut.html. The Indenture Trustee makes no representation of the timeliness, completeness or accuracy of the FDIC's website.

Please note that the foregoing should not be construed as investment advice or a recommendation by the Indenture Trustee in respect of the above-referenced Notes and each Noteholder is advised to consult with their legal and financial advisers prior to taking any action with respect to the subject matter of this notice. This notice is without prejudice and does not and will not waive any other right or remedy that the Indenture Trustee may have as of the date hereof or in the future, all of which are hereby reserved.

If you have any questions regarding the foregoing, please contact Brendan Meyer of the Indenture Trustee at (212) 250-8454 or at brendan.meyer@db.com.

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Indenture Trustee

July 20, 2010

*Note:CUSIP numbers appearing herein have been included solely for the convenience of the Noteholders. Deutsche Bank Trust Company Americas assumes no responsibility for the selection or use of such number and makes no representation as to the correctness of the CUSIP numbers listed herein.*

SK 00211 2681 1115406