*Exhibit "P"*

| | |
|---|---|
| **From:** | Maria Costa |
| **To:** | Kilka, James; |
| **Subject:** | FW: FDIC/ABC Letter |
| **Date:** | Tuesday, October 05, 2010 3:57:06 PM |
| **Attachments:** | Servicing Term notification DB.pdf |

James, I hope this helps.

**Maria Costa**
**Director of Credit**
**CardWorks Servicing, LLC.**
(W) 516-576-0404 ext 2224
(C) 516-503-0079
(F) 516-576-0422
Maria.Costa@cardworks.com

**From:** Brian Bennett - NY
**Sent:** Monday, October 04, 2010 1:52 PM
**To:** Mabel Goonan
**Cc:** Sharon Hill; Gina Bennett; Maria Costa
**Subject:** FDIC/ABC Letter

Mabel,
I had sent Mike N a letter last week which contained the information that TU had requested from us on the background of the ABC dissolution and why CWS needs access to ABC's bureaus/trade lines. Mike has advised that the FDIC will not be signing any additional paperwork in regards to the transfer of servicing and that this document issued by them should suffice to any concerned parties as to who we are and why we need what we need.
Thanks,
Brian

WARNING: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by replying to this message and then delete it from your computer.
All e-mail sent to this address will be received by the Cardworks Servicing e-mail system and is subject to archiving and review by someone other

CONFIDENTIAL
EXPDREH000148