*Exhibit "W"*

| PROGRAM: | CAPRESPA | EXPERIAN – CONSUMER ASSISTANCE – CAPS | | |
|---|---|---|---|---|
| RUN DATE: | 07/19/2011 | ACDV Response | | |
| RUN TIME: | 23:59:47 | | PAGE: | 1 |
| SUBCODE: | 1435480 | Auto Response: | | |
| | | SUBSCRIBER: CardWorks Servicing | | |
| | | ACCOUNT #: | | |

2305558036003

| DISPUTE REASON: | 112 – Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. I HAVE REQUESTED DEBT VALIDATION RECEIVED NOTHING. I WILL MAIL COPIES OF MY CORRESPONDENCE TO SUPPORT THIS CLAIM. |
|---|---|

REMARKS:

### CONSUMER IDENTIFICATION

| | SUBSCRIBER CONSUMER ID | | Office: | 1 |
|---|---|---|---|---|
| Name: | MICHAEL DREHER | MICHAEL DREHER | Date Sent: | 06/21/2011 |
| SSN: | DOB: | | DNR Date: | 07/29/2011 |
| Our Address: | | | Date Due: | 07/29/2011 |
| | | | Resp Date: | 07/19/2011 |
| ZIP: | | | Name Flag: | S    S |
| Prev Addr 1: | | | Second Name: | |
| Prev Addr 2: | | | Curr Addr Flag: | Different |
| Account Name: | | | Prev Addr Flag: | |
| | | | SSN Flag: | Same |
| | | | DOB Flag: | Same |
| | | | Authorized Verifier: | Janelle Fraser |
| | | | Phone: | (516) 576-0414 |
| | | | DF Contact Phone #: | |

RESPONSE: 01 – Account information accurate as of date reported.

### TRADE INFORMATION

| | SUBSCRIBER RESPONSE | ON PROFILE | CONSUMER CLAIMS |
|---|---|---|---|
| Acct Condition/Cumm Status: | | CHARGE OFF/DEL 180 | |
| Acct Status/Rating: | | | |
| Payment Rating: | | | |
| CII: | ECOA: | | |
| Balance: | Balance Date: | | |
| | | 16,170 | |
| Amt Past Due: | | 16,170 | |
| Orig Delinq Date: | | | 05/13/2011 |
| Credit Limit/Orig Amt: | | | |
| High Credit Balance: | | 16,416 | |
| Charge Off Amt: | | 16,170 | |
| Sch Monthly Pay: | Act Pay: | | |
| Portfolio Name: | | | |
| Date Last Pay: | | | |
| Open Date: | Closed Date: | 01/03/2011 | |
| Spec Comm Code: | | 07/29/2008 | |
| Cons Compl Code: | | | |
| Type: | Terms: | Freq: | 8A  REV |
| Original Creditor: | | | |
| Special Payment/Date/Amt: | | | |

### Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | |

### On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 2 | 1 | 1 | | | | | | | | | |
| 2010 | 2 | | | | | | | | 6 | 5 | 4 | 3 |
| 2009 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | |

CONFIDENTIAL
EXPDREH 000012

| PROGRAM: | CAPRESPA | EXPERIAN - CONSUMER ASSISTANCE - CAPS | PAGE: | 1 |
|---|---|---|---|---|
| RUN DATE: | 07/19/2011 | Auto Response: | | |
| RUN TIME: | 23:59:48 | ACDV Response | | |

| SUBCODE: | 1729490 | ACCOUNT #: | | 2305558036004 |
| --- | --- | --- | --- | --- |
| | | SUBSCRIBER: CardWorks Servicing | | |

| DISPUTE REASON: | 112 -- Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information. I HAVE REQUESTED DEBT VALIDATION RECEIVED NOTHING. I WILL MAIL COPIES OF MY CORRESPONDENCE TO SUPPORT THIS CLAIM. |
|---|---|

| REMARKS: | | | |
|---|---|---|---|

### CONSUMER IDENTIFICATION

| | | | SUBSCRIBER CONSUMER ID | | | |
|---|---|---|---|---|---|---|
| Name: | MICHAEL DREHER | | MICHAEL DREHER | | Office: | 1 |
| | | | | | Date Sent: | 06/21/2011 |
| | | | | | DNR Date: | 07/29/2011 |
| SSN: | | DOB: | | | Resp Date: | 07/19/2011 |
| Curr Address: | | | | | Date Due: | 07/29/2011 |
| | | | | | Name Flag: | S S |
| ZIP: | | | | | Second Name: | |
| Prev Addr 1: | | | | | Curr Addr Flag: | Different |
| Prev Addr 2: | | | | | Prev Addr Flag: | |
| Account Name: | | | | | SSN Flag: | Same |
| | | | | | DOB Flag: | Same |
| | | | | | Authorized Verifier: | Janelle Fraser |
| | | | | | Phone: | (516) 576-0404 |
| | | | | | DF Contact Phone #: | |

RESPONSE: 01 -- Account information accurate as of date reported.

### TRADE INFORMATION

| | SUBSCRIBER RESPONSE | | CONSUMER CLAIMS |
|---|---|---|---|
| Acct Condition/Comm Status: | CHARGE OFF/DEL 180 | | ON PROFILE |
| Act Status/Rating: | | | |
| Payment Rating: | | | |
| CLI: | FCOA: | | |
| Balance: | 16,170 | Balance Date: | 04/30/2011 |
| Amt Past Due: | 4,103 | | |
| Orig Delinq Date: | | | |
| Credit Limit/Orig Amt: | 17,000 | | |
| High Credit Balance: | 16,416 | | |
| Charge Off Amt: | 16,170 | | |
| Sch Monthly Pay: | | Act Pay: | |
| Portfolio Name: | | | |
| Date Last Pay: | | | |
| Open Date: | 01/03/2011 | Closed Date: | |
| Spec Comm Code: | 07/29/2008 | | |
| Cons Compl Code: | | | |
| Type: | 8A | Terms: | REV | Freq: | M |
| Original Creditor: | | | |
| Special Payment/Date/Amt: | | | |

### Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | |
| 2010 | 3 | 2 | 2 | 1 | | | | | | | | |
| 2009 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | |

### On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | 5 | 4 |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | |

| PROGRAM: | CAPRESPA | EXPERIAN - CONSUMER ASSISTANCE - CAPS | PAGE: | 1 |
|---|---|---|---|---|
| RUN DATE: | 07/27/2011 | ACDV Response | | |
| RUN TIME: | 12:18:57 | Auto Response: Printed – Dispute Code | | |
| SUBCODE: | 1435480 | ACCOUNT #: | | |
| | | SUBSCRIBER: Cardworks Servicing | | |

2046223980001

| DISPUTE REASON: | 103 – Consumer claims true identity fraud – account fraudulently opened. Provide complete ID. NEVER LIVED IN INDIANA | | | | | | |
|---|---|---|---|---|---|---|---|
| REMARKS: | | | | | Office: | | 1 |
| | | | | | Date Sent: | | 07/05/2011 |
| | | | | | Date Due: | | 08/05/2011 |
| | CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | | Resp Date: | | 07/27/2011 |
| Name: | MICHAEL T DREHER | | MICHAEL T DREHER | | DNR Date: | | 08/05/2011 |
| SSN: | | DOB: | | | Name Flag: | | S S S S |
| Curr Address: | | | | | Second Name: | | |
| | | | | | Curr Addr Flag: | Different | |
| ZIP: | | | | | Prev Addr Flag: | | |
| Prev Addr 1: | | | | | SSN Flag: | Same | |
| Prev Addr 2: | | | | | DOB Flag: | Unknown | |
| Account Name: | | | | | Authorized Verifier: | ANN FREDERMUTH | |
| | | | | | Phone: | (516) 576-0404 | |
| RESPONSE: | 01 – Account information accurate as of date reported. | | | | DF Contact Phone #: | | |

| TRADE INFORMATION | | SUBSCRIBER RESPONSE | | CONSUMER CLAIMS |
|---|---|---|---|---|
| Acct Condition/Curr Status: | | CHARGE OFF/ DEL 180 | ON PROFILE | |
| Act Status/Rating: | | | | |
| Payment Rating: | | | | |
| CII: | ECOA- | | | |
| Balance: | Balance Date: | 16,170 | | |
| Amt Past Due: | | 16,170 | 05/13/2011 | |
| Orig Delinq Date: | | | | |
| Credit Limit/Orig Amt: | | | | |
| High Credit Balance: | | 16,416 | | |
| Charge Off Amt: | | 16,170 | | |
| Sch Monthly Pay: | Act Pay: | | | |
| Portfolio Name: | | | | |
| Date Last Pay: | | 01/03/2011 | | |
| Open Date: | Closed Date: | 07/29/2008 | | |
| Spec Comm Code: | | | | |
| Cons Compl Code: | | | | |
| Type: | Terms: Freq: | 8A | REV | |
| Original Creditor: | | | | |
| Special Payment/Date/Amt: | | | | |

Response History Grid

On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | | 2011 | 2 | 1 | 1 | | | | | | | | | |
| 2010 | | | | | | | | | | | | | 2010 | 2 | 2 | | | | | | | | | | |
| 2009 | | | | | | | | | | | | | 2009 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | | | | | | | | | | | | | 2008 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 2007 | | | | | | | | | | | | | 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | 2006 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | 2005 | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | | 2004 | | | | | | | | | | | | |

CONFIDENTIAL
EXP-DREH 000014