*Exhibit "X"*





## Bullseye℠ report

A data verification tool targeted to your needs

When you need to verify the credit information previously reported to Experian, do it quickly and simply with the Bullseye℠ report from Experian. This tool is targeted specifically to your need for convenience and cost-effectiveness in your credit operations. The Bullseye report saves you the time and trouble of researching account histories.

### How the Bullseye report works
A simple inquiry displays the current status of an account as stored in Experian's database.

### Benefits:
- Entire tradeline displays with actual account status in the same format as the Credit Profile Report.
- Verifies whether previously requested changes were applied.
- May indicate that a change is not needed at all.
- Eliminates need for researching account histories.
- Built-in security feature guarantees subscribers can access only their own tradelines. This unique feature prevents other companies from accessing the subscriber's tradeline.



The following example illustrates the data entry input of the Bullseye inquiry for a fictitious consumer. Bold characters indicate the portions of the inquiry that are unique to Bullseye.

**Bullseye input example:**
**TCA1** RTD6 **3122250X1J**
**CONSUMER,JONATHAN QUINCY**
**999999990**,CA-10655 NORTH BIRCH STREET/BURBANK CA 91502;PA-1314 SOPHIA LANE APT #3/SANTA ANA CA 92708,Y-1951,**X-98E543182136**

**X-Keyword**
Enter full account number via the X-Keyword.

To find out more about the Bullseye report, contact your local Experian sales representative or call
**800 333 4930.**

---

**Credit Profile**                                                                                 experian

Inquiry Information

▶ TCA1 RTD6 3122250X1J CONSUMER,JONATHAN QUINCY 999999990;
CA-10655 NORTH BIRCH STREET/BURBANK CA 91502;
PA-1314 SOPHIA LANE APT #3/SANTA ANA CA 92708,Y-1951,X-98E543182136

| PAGE | DATE 7-30-03 | TIME 10:13/316 | PHP26 | Y306 | TCA1 |
|------|--------------|----------------|-------|------|------|

```
JONATHAN QUINCY CONSUMER      SS:   999999990
10655 N BIRCH ST
BURBANK CA 91502-1234

---------------------------------- TRADES ----------------------------------------
SUBSCRIBER              OPEN       AMT-TYP1    AMT-TYP2  ACCTCOND   PYMT STATUS
SUB#   KOB TYP TRM ECOA BALDATE    BALANCE     PYMT LEVEL MOS REV   PYMT HISTORY
ACCOUNT #               LAST PD    MONTH PAY   PAST DUE  MAXIMUM    BY MONTH

CREDIT AND COLLECTION    9-96      $500-O                            COLLACCT
3980999 YC UNK UNK   2   4-05-98   $250                   9-96 (20) GGGGGGGGGGGGG
98E543182136                                                         GGGGGGG
ORIGINAL CREDITOR:   ABC DEPARTMENT STORE
1234567890 123402 090196

END -- EXPERIAN BULLSEYE
```

Confidential                                                                        © Experian 2003

475 Anton Blvd.
Costa Mesa, CA 92626
800 333 4930

©Experian 2005
All rights reserved
1224/1544 06/05

Experian and the marks used herein are service marks or registered trademarks of Experian.

www.experian.com