**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

_____

MICHAEL T. DREHER,                                    )
*Individually and on behalf of a class of*            )
*similarly situated persons*,                          )
                                                       )
                              Plaintiff,               )
v.                                                     )        Civil Action No. 3:11-CV-00624-JAG
                                                       )
EXPERIAN INFORMATION                                   )
SOLUTIONS, INC.,                                       )
CARDWORKS, INC., and                                  )
CARDWORKS SERVICING, LLC,                             )
                                                       )
                              Defendants.              )
_____             )

## JOINT STATUS REPORT

Plaintiff Michael T. Dreher and Defendant Experian Information Solutions, Inc ("the parties")., by and through their respective counsel, have met and conferred regarding the exhibits filed in support of Plaintiff's Opposition to Defendant's, Experian Information Solutions, Inc., Motion for Partial Summary Judgment (Dkt. No. 76).   The parties have resolved all issues regarding the filing of exhibits A-1, B, C, D, E, E-1, E-2, E-3, F, H, M, N, O, P, T, V and W under seal in support of Plaintiff's opposition.  Plaintiff's counsel also represents that he has met and conferred separately with counsel for now-dismissed Defendant CardWorks and has resolved issues related to Exhibit Y. The Plaintiff has agreed to redact certain information requested by Defendants and as narrowed after their negotiations.

Further, Experian Information Solutions, Inc. withdraws its Motion for a Protective Order and for Sanctions (Docket No. 73) as moot.

The parties are filing herewith redacted A-1, B, C, D, E, E-1, E-2, E-3, F, H, M, N, O, P,

T, V, W and and Y, to be substituted for the exhibits or exhibit cover sheets previously filed.

The parties respectfully request the Court review and enter the attached proposed order.

                              /s/
Joseph W. Clark (VSB No. 42664)
Daniel J. McLoon
Patricia S. Cruz
Benjamin J. Katz
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Tel: 202.879.3697
Fax: 202.626.1700
jwclark@jonesday.com
*Counsel for Defendant Experian Information
Solutions, Inc.*

                              /s/
Leonard A. Bennett Esq. (VSB No. 37523)
Susan M. Rotkis (VSB No. 40693)
*Attorney for Plaintiff*
CONSUMER LITIGATION ASSOCIATES
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Tel: 757.930-3660
Fax: 757.930-3662
lenbennett@cox.net