IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL T. DREHER,
Individually and on behalf of a class
similarly situated persons,

    Plaintiff,

v.                                Civil Action No.: 3:11-cv-624-JAG

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*

    Defendants.

### AGREED ORDER

CAME NOW Defendants Cardworks, Inc., and Cardworks Servicing, LLC (hereinafter referred to collectively as "Cardworks"), by counsel, upon their Consent Motion to Substitute Exhibits attached to Docket No. 77 ("Consent Motion").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff Michael T. Dreher and Defendant Experian Information Solutions, Inc., it is hereby,

ORDERED, ADJUDGED and DECREED that the Consent Motion be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Exhibits N, O, P and T attached to Docket No. 78 are deemed filed and substituted for Exhibits N, O, P and T filed with Docket No. 77 on December 21, 2012.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 28th day of December, 2012.          /s/
                                                                  John A. Gibney, Jr.
                                                             ~~United States District Judge~~
                                                       United States District / Magistrate Judge

**WE ASK FOR THIS:**

/s/ Ethan G. Ostroff
John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com
*Counsel for Defendants CardWorks, Inc.
and CardWorks Servicing, LLC*

/s/ Leonard A. Bennett
Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, Virginia 23601
lenbennett@clalegal.com
srotkis@clalegal.com

Matthew James Erausquin (VSB # 65434)
Consumer Litigation Associates, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, Virginia 22030
Email: kkelly@smillaw.com
*Counsel for Plaintiff, Michael T. Dreher*

/s Joseph W. Clark
David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
E-mail: david.anthony@troutmansanders.com

2

Joseph W. Clark
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
E-mail: jwclark@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*