IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MICHAEL T. DREHER, *Individually and on behalf of a class of similarly situated persons*, <br><br> Plaintiff, <br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Civil Action No. 3:11-CV-00624-JAG |

### AGREED SUPPLEMENTAL SCHEDULING ORDER

Pursuant to the Court's May 30, 2013 Order, counsel for the parties have conferred to develop a proposed supplemental discovery plan. The parties have agreed upon the discovery plan set forth herein.

The Parties agree that remaining discovery shall proceed within a single phase as follows:

1. Defendant will provide to counsel for the Plaintiff the documents evidencing and estimating class size and membership for the class definitions pled in the current Amended Complaint on or before August 15, 2013. Such disclosure shall be governed by the Protective Order entered in this case.

2. By July 21, 2013, the Parties shall advise the Court by joint notice as to whether or not they have elected to conduct a formal private mediation or for referral for a Magistrate settlement conference.

3. The Parties shall serve supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and documents disclosed therein within fourteen days of this Order.

4. Discovery shall be completed on or before October 30, 2013.

5. Plaintiff shall disclose any expert witness(es) and reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 31, 2013. Defendant shall disclose any expert witness(es) and reports on or before September 14, 2013. Any rebuttal expert witness(es) and reports shall be disclosed within twenty-one (21) days after the disclosure of the opposing report. All expert discovery shall be completed by October 30, 2013.

6. Plaintiff shall file the Motion for Class Certification on or before November 15, 2013.

The Court's existing discovery and Scheduling Orders shall continue to govern to the extent not inconsistent with this Supplemental Scheduling Order.

IT IS SO ORDERED.

Dated: 7/8/13

/s/ John A. Gibney, Jr.
United States District Judge
The Honorable John A. Gibney Jr.
United States District Judge