IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL T. DREHER ,**

        Plaintiff

                CIVIL ACTION NO. 3:11-cv-00624-JAG

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, INC.,
TRANS UNION, LLC.**

### PLAINTIFF'S MOTION TO QUASH DEFENDANT'S THIRD-PARTY SUBPOENA

COMES NOW the Plaintiff, MICHAEL T. DREHER, by counsel, and moves the court to quash the subpoena *duces tecum* served upon Wiley & Wilson, which is Plaintiff's employer and not a party to the case. For the reasons stated in the accompanying Memorandum in Support of this motion, the Plaintiff respectfully requests entry of an Order quashing the subpoena duces tecum and ordering such other relief as the court deems just and proper.

                Respectfully submitted,

                **MICHAEL T. DREHER ,**

                _____/s/_____
                Susan M. Rotkis, VSB # 40693
                Leonard A. Bennett, VSB #37523
                Attorney for Plaintiffs
                CONSUMER LITIGATION
                ASSOCIATES, P.C.
                763 J. Clyde Morris Blvd. Suite 1-A
                Newport News, Virginia 23601
                (757) 930-3660 - Telephone
                (757) 930-3662 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph W. Clark
Jones Day
51 Louisiana Ave, NW
Washington, D.C. 20001
jwclark@JonesDay.com

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com

                                                   /s/
Susan M. Rotkis, VSB # 40693
Leonard A. Bennett, VSB #37523
Attorney for Plaintiffs
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com