# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| MICHAEL T. DREHER, *Individually and on behalf of a class of similarly situated persons*,          Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC.,          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:11-CV-00624-JAG |

## JOINT NOTICE OF PARTIES INTENT TO PURSUE PRIVATE MEDIATION

The Parties, by counsel, jointly notify the Court of their intent to conduct a formal private mediation in this matter. The Parties are diligently working together to select a private mediator.

Dated: July 22, 2013

_____/s/_____
Leonard A. Bennett, Esq., VSB #37523
Susan M. Rotkis, Esq., VSB#40693
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA  23606
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
Email:  lenbennett@clalegal.com
Email: srotkis@clalegal.com

Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail: kkelly@siplfirm.com
*Counsel for Plaintiff Michael T. Dreher*

_____/s/_____
David N. Anthony, Esq.
Virginia State Bar No. 31696
TROUTMAN SANDERS, LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

Joseph W. Clark
Virginia State Bar No. 42664
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
E-mail: jwclark@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*