**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**MICHAEL T. DREHER,**
*Individually and on behalf of a
class of similarly situated persons,*

        **Plaintiff,**

v.                                                   **CIVIL NO. 3:11-cv-00624-JAG**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

        **Defendant.**

**<u>PLAINTIFF'S THIRD SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES</u>**

        COMES NOW the Plaintiff, MICHAEL T. DREHER, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and makes the following supplemental disclosures to Defendant. These initial disclosures are based on information reasonably available to the Plaintiff at this time. Plaintiff reserves the right to supplement these initial disclosures (either through express supplements to these disclosures or through responses to formal discovery) when additional information becomes available.

        In making these initial disclosures, Plaintiff does not waive the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or any other proper ground to the use of any such information, for any purpose, in whole or in part, and this action or any other action. Plaintiff also does not waive the right to object to any request for production of any document, electronically stored information, or tangible thing on the basis of any privilege, the work product doctrine, evidentiary exclusion, relevancy, undue burden or any other proper ground.

II. **Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following documents in his possession and control:

*Plaintiff's counsel will forward the supplemental Exhibits under separate cover to Defendant's counsel.*

| Document Type | Bate Stamp # |
|---|---|
| LaPorte Savings Bank's Response to Subpoena Served by Plaintiff, Michael Dreher, documents and Authentication Affidavit | 1 – 779 |
| Mark L. Phillips and Newby, Lewis, Kaminski & Jones, LLP's Response to Subpoena served by Plaintiff, Michael Dreher, documents and Authentication Affidavit | 1 – 1247 |

Plaintiff reserves the right to further supplement these disclosures.

**MICHAEL T. DREHER,**
*Individually and on behalf of a class of similarly situated persons*

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

Susan M. Rotkis
VSB 40693
Attorney for Plaintiff
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

        Kristi Cahoon Kelly, VSB #72791
        SUROVELL ISAACS PETERSEN & LEVY PLC
        4010 University Drive, 2nd Floor
        Fairfax, VA 22030
        Telephone (703) 277-9774
        Facsimile (703) 591-9285
        E-mail: kkelly@siplfirm.com

        *Counsel for Plaintiffs*

### **CERTIFICATE OF SERVICE**

    I hereby certify that on this __16th__ day of September, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: **david.anthony@troutmansanders.com**

Joseph William Clark
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
E-mail: jwclark@jonesday.com

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com