**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| MICHAEL T. DREHER, <br> *Individually and on behalf of a* <br> *class of similarly situated persons* <br><br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br> CARDWORKS INC., and CARDWORKS <br> SERVICING, LLC <br><br> Defendant. | Civil Action No. 3:11-cv-624 (JAG) <br><br> Judge:  The Hon. Judge A. Gibney, Jr. |

## CONSENT MOTION TO MODIFY THE COURT'S SUPPLEMENTAL SCHEDULING ORDER

COMES NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by

counsel, and pursuant to Fed. R. Civ. P. 6(b), and moves this Court to modify its Supplemental

Scheduling Order to enlarge the time within which discovery must be completed.  Experian

represents that counsel for Plaintiff has consented to the modification of the Court's

Supplemental Scheduling Order to:  (1) enlarge the time within which discovery must be

completed until on or before December 6, 2013; and (2) enlarge the time within which Plaintiff

shall file the Motion for Class Certification until on or before December 23, 2013.  Experian

further states that this modification does not alter any other dates specified in the Court's

Supplemental Scheduling Order.  The Parties have attached hereto a proposed Order for the

Court's consideration and entry.

Dated:  October 3, 2013                     Respectfully Submitted,


                                        /s/ Joseph W. Clark

                                        Joseph W. Clark
Virginia State Bar No. 42664
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  jwclark@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.,*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed with the Court via the CM/ECF system.  The foregoing

was served this 3rd day of October, 2013, on the following filing users by the CM/ECF system:

| | |
|---|---|
| Leonard Anthony Bennett<br>Consumer Litigation Associates, PC<br>12515 Warwick Blvd., Suite 100<br>Newport News, VA 23606<br>Telephone:  757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@cox.net<br>*Counsel for Plaintiff* | Susan Mary Rotkis<br>Consumer Litigation Assoc PC<br>12515 Warwick Blvd., Suite 100<br>Newport News, VA  23606<br>Telephone: 757-930-3660<br>Facsimile: (757) 930-3662<br>Email:  srotkis@clalegal.com<br>*Counsel for Plaintiff* |

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA  22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: kkelly@smillaw.com
*Counsel for Plaintiff*

/s/ Joseph W. Clark
Joseph W. Clark
Virginia State Bar No. 42664
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  jwclark@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS,*
*INC.*