IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MICHAEL T. DREHER,

    Plaintiff,

v.                                                          Case No. 3:11-cv-00624-JAG

EXPERIAN INFORMATION SOLUTIONS, INC.,
*et al.*,

    Defendants.

## ORDER

This matter comes before the Court on the plaintiff's *Motion to Certify Class*. (Dk. No. 140.) For the reasons stated in the accompanying memorandum opinion, the Court GRANTS the plaintiff's motion.

Accordingly, the Court CERTIFIES the following class:

All natural persons who: (1) requested a copy of their consumer disclosure from Experian on or after August 1, 2010; (2) received a document in response that identified "Advanta Bank" or "Advanta Credit Cards" as the only source of the information for the tradeline; (3) and whose "date of status" or "last reported" field reflected a date of August 2010 or later.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: June 19, 2014
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge