IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MICHAEL T. DREHER,
         Plaintiff,

v.                                       Civil Action No. 3:11CV624

EXPERIAN INFORMATION SOLUTIONS, INC.,
         Defendant.

**JUDGMENT IN A CIVIL CASE**

Based on the acceptance by Plaintiff Michael T. Dreher of the Fed.R.Civ.P. ("Rule") 68 Offer of Judgment made by Defendant Experian Information Solutions, Inc., IT IS HEREBY ORDERED that judgment is entered in favor of Michael T. Dreher and against defendant Experian Information Solutions, Inc. in the amount of $65,000 for damages, remedies, costs, and interest currently accrued by plaintiff. This judgment covers Dreher's individual claims only and not the class claim. This judgment does not include attorneys' fees. The Court will determine the issue of attorneys' fees in a separate proceeding.

Date: November 12, 2015                        Fernando Galindo
                                                                   Clerk of Court

                                                                   By: _____/s/_____
                                                                      Wendy Tuck
                                                                      Deputy Clerk