IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL T. DREHER**,

    **Plaintiff,**

    v.                                                               Civil Action No. 3:11cv624 (JAG)

**EXPERIAN INFORMATION SOLUTIONS, INC.**,

    **Defendants.**

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPOND TO DEFNDANT'S OPPOSITION TO HIS MOTION FOR ATTORNEYS' FEES AS IT RELATES TO INDIVIDUAL CLAIMS**

    COMES NOW the Plaintiff, Michael T. Dreher, ("Plaintiff"), by counsel and with the consent of the Defendant Experian Information Solution Inc.'s ("Experian"), pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(I), and respectfully moves for an extension of time of 12 days to file his response to Defendant's Opposition to his Motion for Attorneys' Fees as it Relates to Individual Claims. On March 11, 2016, the Defendant filed its Opposition to Plaintiff's Motion for Attorneys' Fees as it Relates to Individual Claims. (Doc. 432). The time for the Plaintiff to file a motion for attorneys' fees has not yet expired, therefore this motion is timely.

    Plaintiff's counsel requests the extension so they can properly address the issues that Defendant has raised while still meeting familial spring break obligations. A brief extension of time of twelve days will provide the necessary time to Plaintiff to adequately address the arguments raised by Defendant. Neither party will be legally prejudiced by an extension of time. This motion is made in good faith and not for a dilatory purpose. For these reasons, the Plaintiff respectfully requests entry of an order allowing an additional 12 days, until March 29, 2016, to

file his response to Defendant's Opposition to his Motion for Attorneys' Fees as it Relates to Individual Claims.

Respectfully submitted,

**MICHAEL T. DREHER, individually and on behalf of others similarly situated**

By: _____/s/_____
    Of Counsel

Leonard A. Bennett, Esq., VSB #37523
Susan M. Rotkis, Esq., VSB#40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
Email:  lenbennett@clalegal.com
Email: srotkis@clalegal.com

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-9285 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
E-mail:  aguzzo@kellyandcrandall.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219
E-mail: david.anthony@troutmansanders.com

| | |
|---|---|
| Hilary K. Perkins, Esq. | Daniel J. McLoon, admitted Pro Hac Vice |
| JONES DAY | 555 South Flower Street |
| 51 Louisiana Avenue, N.W. | Fiftieth Floor |
| Washington, DC 20001-2113 | Los Angeles, CA 90071-2300 |
| Telephone: 202-879-3939 | Office +1.213.243.2580 |
| Facsimile: 202-626-1700 | Fax +1.213.243.2349 |
| Email: hperkins@jonesday.com | Email djmcloon@jonesday.com |

*Counsel for Defendant Experian Information Solutions, Inc.*

                                          /s/
                                    Kristi Cahoon Kelly, VSB #72791
                                    KELLY & CRANDALL, PLC
                                    4084 University Drive, Suite 202A
                                    Fairfax, Virginia 22030
                                    (703) 424-7576 Telephone
                                    (703) 591-9285 - Facsimile
                                    E-mail: kkelly@kellyandcrandall.com
                                    *Counsel for Plaintiff*